UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Patricia Ruiz, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>LTD Financial Services, L.P. and LTD Acquisitions, LLC,<br><br>                      Defendant. | Case No: 2:21-cv-11982-BRM-CLW |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: May 1, 2023

By: _s/Mitchell L. Williamson_
Mr. Mitchell L. Williamson, Esquire
Barron & Newburger, PC
458 Elizabeth Ave., Suite 5371
Somerset, New Jersey 08873
(732) 630-5970
*Attorneys for Defendants*

By: _s/ Todd D. Muhlstock_
Todd D. Muhlstock, Esquire
Barshay, Rizzo & Lopez, PLLC
445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Fax: (516) 706-5055
Our File No.: BRL21207
*Attorneys for Plaintiff*

It is so ordered this 4th day of May, 2023

*[signature]*
Brian R. Martinotti, U.S.D.J.

1